IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JESSICA HODGE,

      Appellant,

v.

Case No. 5D21-2730
LT Case No. 2016-DR-002850-DC

JASON HODGE,

      Appellee.

_____/

Decision filed June 21, 2022

Nonfinal Appeal from the Circuit Court
for Osceola County,
Michael Kraynick, Judge.

Shannon McLin, and Erin Pogue Newell,
of Florida Appeals, Orlando, for Appellant.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.